Muhammad-Misbah: Umar
Office of the Executor
c/o 1830 E Broadway Blvd 124 # 247
Tucson, Arizona Republic, near [85719]
**[Non-domestic].**

CV-24-85-TUC-LCK

# UNITED STATED DISTRICT COURT of ARIZONA
**Tucson, Arizona**                    Case No. 9589-0710-5270-0113-3029-20

| | |
|---|---|
| MUHAMMAD MISBAH UMAR,  )<br>Plaintiff,  )<br>vs.  )<br>  )<br>EQUIFAX INFORMATION SERVICES LLC, ET AL.)<br>Defendants. | **COMPLAINT**<br>**BILL IN EQUITY**<br>February 05, 2024 |

Pima County

ss

Arizona

FILED ✓   LODGED
RECEIVED   COPY

FEB 1 2 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

**JURISDICTION AND VENUE**

1. Jurisdiction in this matter is hereby granted by Muhammad Misbah Umar, authorized representative for MUHAMMAD MISBAH UMAR by way of sufficiency of pleadings.
2. The venue of this court is correct as MUHAMMAD MISBAH UMAR does business in the STATE OF ARIZONA, AND Muhammad Umar is diverse from EQUIFAX INFORMATION SERVICES LLC and EXPERIAN INFORMATION SOLUTIONS INC., doing business in STATE OF ARIZONA, and the amount in controversy exceeds One Hundred and Seventy-five thousand $175,000.00 Dollars.

**PARTIES**

3. MUHAMMAD MISBAH UMAR has established a residency in STATE OF ARIZONA for over one year.
4. EQUIFAX INFORMATION SERVICES LLC and EXPERIAN INFORMATION SOLUTIONS INC., demonstrates a residency in the jurisdiction of the UNITED STATES and does Business in STATE OF ARIZONA.

**FACTS**

5. Plaintiff has exhausted administrative remedy and comes to this court of equity with clean Hands and in good faith (see attached exhibits A, B, C, D, E, F, G).

6. Plaintiff has established "judgment in estoppel" against Defendant as evidenced by attached the Affidavit of Default and Notice of Default, certified by Michael J. Morrissey, a notary public for State of Arizona, Pima County.
7. Plaintiff's administrative remedy is *res judicata*.
8. Failure of Defendants to respond in this matter is *stare decisis*.
9. Plaintiff's administrative remedy is ripe for judicial review, and there are no facts in controversy.

**LEGAL CLAIMS**

10. Plaintiff is entitled to relief in this equitable claim.
11. Defendant is estopped for failure to respond to original administrative process.
12. Plaintiff has placed the facts and law before this honorable court.

**RELIEF SOUGHT**

13. Plaintiff requests judicial review of his administrative process and remedy.
14. Plaintiff requests this court to find the facts and execute on the law of the contract before this Court.
15. Plaintiff requests summary judgment on his administrative remedy.
16. Plaintiff requests the court to order Defendants delete harmful derogatory inaccurate items from his credit report and to pay the sum certain $175,000.00 Dollars over to Plaintiff.
17. Plaintiff requests the court to release the Order of the Court to MUHAMMAD MISBAH UMAR.

Respectfully submitted by order of MUHAMMAD MISBAH UMAR
By _Muhammad Misbah Umar_
Muhammad Misbah Umar, authorized representative
for MUHAMMAD MISBAH UMAR

February 05, 2024