WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Muhammad Misbah Umar,<br><br>    Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC,<br><br>    Defendant. | No. CV-24-00085-TUC-CKJ (LCK)<br><br>**ORDER** |

    Pursuant to the Rules of Practice of the United States District Court District of Arizona (Local Rules), LRCiv. 72, this matter was referred to Magistrate Judge Lynnette C. Kimmins for all pretrial proceedings and Report and Recommendation in accordance with 28 U.S.C. 636(b)(1). (Order (Doc. 10)). On April 9, 2024, Magistrate Judge Kimmins dismissed the action for failure to state a claim, without prejudice. (Order (Doc. 12)). She granted Plaintiff leave file an Amended Complaint by May 10, 2024 and informed the Plaintiff that he did not file an Amended Complaint by that deadline, the case would be subject to dismissal without further notice. *Id.* at 7.

/////

/////

/////

/////

/////

/////

Plaintiff has not filed an Amended Complaint, therefore, the action is subject to dismissal without further notice.

**Accordingly,**

**IT IS ORDERED** that this action having been dismissed without prejudice, the Clerk of the Court shall close this case.

Dated this 16th day of May, 2024.

Honorable Cindy K. Jorgenson
United States District Judge